**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Leland C. Wanglie,

Defendant.

Civil No. 00-1880 (DWF/AJB)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Mary Trippler, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Leland C. Wanglie, Pro Se, 7925 Eagle Ridge Road, Corcoran, MN 55340, Defendant.

---

The Plaintiff has notified the Court that the above action has been forgiven by the United States Department of Education based upon Defendant's inability to benefit from training, and, accordingly, the case is **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 16, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED APR 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD APR 16 2001
DEPUTY CLERK